UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC -6 AM 9:53

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '07 MJ 2823 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- |
| Pablo JIMENEZ-Quintero ) | Bringing in Illegal Alien(s) for |
| ) | Financial Gain |
| Defendant. ) | Title 18, U.S.C., Section 2- |
| ) | Aiding and Abetting |

The undersigned complainant being duly sworn states:

On or about **December 5, 2007**, within the Southern District of California, defendant **Pablo JIMENEZ-Quintero**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Pilar ROSAS-Hernandez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th** DAY OF **December 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Pilar ROSAS-Hernandez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 5, 2007, at approximately 1205 hours, **Pablo JIMENEZ-Quintero (Defendant),** applied for admission to the United States through the vehicle primary lanes of the San Ysidro, California Port of Entry. Defendant was the driver of a 1985 Chevrolet Caprice Classic. Defendant presented as his own a genuine border crosser document (Form DSP-150) bearing the name Gildardo ESTEBAN-Romero to a Customs and Border Protection (CBP) Officer. Defendant stated to the CBP Officer that he desired to travel to Chula Vista, California. The female passenger in the vehicle presented as her own, a genuine Resident Alien Card (Form I-551) bearing the name Gabriela CORONADO-Ramirez to the CBP Officer. The CBP Officer readily identified the driver and passengers as impostors to the documents presented. The vehicle and its occupants were escorted to the secondary inspection area.

In secondary, the female passenger admitted to being a citizen of Mexico without entitlements to enter the United States. She is now identified as **Pilar ROSAS-Hernandez (Material Witness)**.

During a videotaped interview, Defendant was advised of his Miranda rights and elected to answer questions without an attorney present. Defendant admitted knowledge of the passenger's undocumented status. Defendant admitted that he was to be paid $500.00 to successfully smuggle the passenger into the United States. Defendant admitted he was to take the vehicle and person to a pre-determined location once successfully in the United States and then return the vehicle to a smuggler in Tijuana, Mexico.

A videotaped interview was conducted with the Material Witnesses. Material Witnesses stated that she is a citizen of Mexico and that she does not have legal documents to lawfully enter the United States. Material Witnesses stated that her husband made arrangements directly with unknown smugglers in Tijuana, Mexico and was to pay a smuggling fee of $2,000.00 USD upon her successful arrival in the United States. Material Witness admitted her intention was to travel to San Diego, California for the purpose of residing with her husband.